IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SHAQUILLE RASHAD JENKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 124-012 |
| ) | |
| AUDWON GREEN, Correctional Officer; ) | |
| MR. SCREWS, Correctional Officer; ) | |
| MICHAEL PASCHAL, Deputy Warden; and ) | |
| LA'QUENAH JACKSON, Counselor, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 17th day of April, 2024, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA